UNITED STATES DISRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**CLARENCE L.,**

                             **Plaintiff,**

              v.                                      3:21-CV-1328
                                                        (FJS/DJS)

**KILOLO KIJAKAZI, Acting Commissioner**
**of the Social Security Administration,**

                             **Defendant.**
_____

**APPEARANCES**                                        **OF COUNSEL**

**COUGHLIN &GERHART LLP**              **SCOT G. MILLER, ESQ.**
99 Corporate Drive
P.O. Box 2039
Binghamton, New York 13902-2039
Attorneys for Plaintiff

**SOCIAL SECURITY ADMINISTRATION**   **RONALD W. MAKAWA, ESQ.**
J.F.K. Federal Building, Room 625
15 New Sudbury Street
Boston, Massachusetts 02203
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER

        On June 7, 2022, the parties filed a Stipulation for Remand. *See* Dkt. No. 11. In that document, they stipulated to the reversal of Defendant's final decision and to remand this case to Defendant for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). *See id.* They also stipulated that, "[u]pon remand, the Appeals Council will instruct the Administrative Law Judge to further evaluate the record evidence, including opinion evidence, related to Plaintiff's residual functional capacity, and provide explanations, supported

by the record evidence, for the assessed limitations; and take further action, as necessary, to complete the administrative record resolving the above issues; and issue a new decision." *See id.* Finally, the parties consented to the entry of Judgment in this case. *See id.*

In light of the parties' stipulation, the Court hereby

**ORDERS** that Defendant's final decision is **REVERSED** and this case is **REMANDED** for further administrative proceedings as set forth above pursuant to sentence four of 42 U.S.C. § 405(g); and the Court further

**ORDERS** that the Clerk of the Court shall enter Judgment in favor of Plaintiff against Defendant and close this case.

**IT IS SO ORDERED.**

Dated: June 14, 2022
      Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge